# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2017

*The Court of Appeals hereby passes the following order*

**A17D0440. DANIEL W. TAYLOR v. HOWARD Z. SIMMS, JUDGE et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

NONE



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, June 08, 2017.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*